1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

          Plaintiff,

  v.

TIM BROWN, *et al*,

          Defendants.

Case No.  C06-5108RJB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is GRANTED.  Plaintiff is currently detained at the State of Washington Department of Social and Health Services' Special Commitment Center, located at McNeil Island, and does not appear to have funds available to afford the $250.00 filing fee.

    The Clerk is directed to mail a copy of this Order to plaintiff.

    DATED this 10th day of April, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1