1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

                Plaintiff,

      v.

TIM BROWN, *et al*,

               Defendants.

Case No.  C06-5108RJB

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

      The Court has carefully reviewed Plaintiff's various motions for injunctive relief, Dkts. 1-3, 3-1, and 8, the related record, and the Report and Recommendation of United States Magistrate Judge Karen L. Strombom finding that Petitioner has failed to show that he is entitled to temporary and permanent injunctive relief, Dkt. 9.  Petitioner did not file objections to the Report and Recommendation.  The Court hereby adopts the Report and Recommendation of the Magistrate Judge and orders that Plaintiff's Motion for Temporary and Permanent Injun (sic) Pending Current Suit, Dkt. 1-3, Motion to Amend TRO Permanent Injunctive Relief on Merits, Dkt. 3-1, and Motion to Amend TRO Permanent Injunctive Relief on Merits, Dkt. 8-1, be DENIED.  The Clerk is directed to send copies of this Order to Petitioner, Respondent's counsel, and Magistrate Judge Karen L. Strombom.

      Dated this 15th day of May, 2006.

*/s/ Robert J. Bryan*
Robert J. Bryan
U.S. District Judge