UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL MCGARY,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM BROWN, *et al*,<br><br>        Defendants. | Case No.  C06-5108RJB<br><br>ORDER DISMISSING FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915 |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's complaint is DISMISSED;

    (4)    The Clerk is directed to terminate this action; and

    (5)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

DATED this 14th day of June, 2006.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

ORDER
Page - 1